**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ramiro LOPEZ–AGUIRRE, Defendant–Appellant.**

**No. 08–10054.**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 11, 2009.*

Filed Aug. 19, 2009.

Jeffrey Schenk, Assistant U.S., Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Jose, CA, for Plaintiff–Appellee.

Katherine Alfieri, Esquire, Law Office of Katherine Alfieri, San Francisco, CA, for Defendant–Appellant.

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

Ramiro Lopez–Aguirre appeals from his guilty-plea conviction and 65–month sentence imposed for illegal reentry following deportation in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Aguirre's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).
** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

